IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLINTON SPELLMAN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No: 2:10-cv-01764-JS |
| | ) | |
| AMERICAN EAGLE EXPRESS, INC. d/b/a AEX GROUP, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| MOHAMED ABUSHALIEH, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 10-cv-02765-JS |
| | ) | |
| AMERICAN EAGLE EXPRESS, INC. d/b/a AEX GROUP, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE OF DEFENDANT'S DISCOVERY REQUESTS**

Defendant American Eagle Express, Inc. d/b/a AEX Group hereby notifies the Court that the following were sent to Plaintiff's counsel of record by first class mail postage pre-paid on September 2, 2010:

- Defendant's First Request for Production to Plaintiff Mohamed Abushalieh; and

- Defendant's First Set of Interrogatories to Plaintiff Mohamed Abushalieh.

                          Respectfully submitted,

                          **s/ S. Douglas Mackay**
                          Alan L. Rupe
                          S. Douglas Mackay
                          KUTAK ROCK LLP
                          1605 N. Waterfront Parkway, Suite 150
                          Wichita, KS 67206
                          Phone: (316) 609-7900
                          Fax: (316) 630-8021
                          alan.rupe@kutakrock.com
                          doug.mackay@kutakrock.com

                          Michael T. McDonnell, III
                          KUTAK ROCK LLP
                          Suite 28B
                          Two Liberty Place
                          50 South Sixteenth Street
                          Philadelphia, PA 19102-2519
                          Phone: (215) 299-4384
                          Fax: (215) 981-0719
                          michael.mcdonnell@kutakrock.com

                          *Attorneys for American Eagle Express, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of September, 2010, I electronically filed the above and foregoing with the Clerk of the Court by using the CM/ECF system and electronically notified counsel of records as follows:

Jay P. Holland
Brian J. Markovitz
Joseph Greenwald & Laake, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, MD  20770
jholland@jgllaw.com
bmarkovitz@jgllaw.com

Phillip Fuoco
24 Wilkins Place
Haddonfield, NJ 08033
pfuoco@msn.com

4852-8992-0519.1

R. Andrew Santillo
The Windebrake Law Firm, LLC
Twining Office Center, Suite 211
715 Twining Road
Dresher, PA 19025
asantillo@winebrakelaw.com

               **s/ S. Douglas Mackay**
               S. Douglas Mackay

4852-8992-0519.1