IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CLINTON SPELLMAN, *et al.*

Plaintiffs,

v.

AMERICAN EAGLE EXPRESS, INC., d/b/a AEXGROUP,

Defendant.

CIVIL ACTION

NO. 10-cv-1764-JS

**CONSENT TO JOIN LAWSUIT**

I, the undersigned, provided pickup or delivery services for Defendant at a time from May 18, 2008 to the present. I hereby consent to join the above-captioned lawsuit, which is an action to recover overtime compensation allegedly not paid. By my signature below, I designate the above representative Plaintiffs and their attorneys as my agent to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, and decisions regarding settlement, attorney's fees and costs and all other matters pertaining to this lawsuit. By my signature below, I certify that there were weeks from May 18, 2008 to the present in which I spent over forty (40) hours providing pickup or delivery services through AEX.

**Please print or type the following information:**

Wilbur A. Betts JR
**Full Name** (Print clearly)

Wilbur A Betts Jr.
**Signature**

8/10/11
**Date**

7883 E. Rte 973
**Address**

Montoursville PA 17754
**City/State/Zip**

570-435-0434
**Telephone Number**

**Email Address**

**RETURN THIS FORM BY MAIL IN THE ENCLOSED ENVELOPE TO:**

Jay P. Holland
Brian J. Markovitz
Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770

Or Via Fax: (301) 220-1214

Read Back of This

over

**Deadline: September 23, 2011**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLINTON SPELLMAN, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN EAGLE EXPRESS, INC., d/b/a AEXGROUP,<br><br>Defendant. | CIVIL ACTION<br><br>NO. 10-cv-1764-JS |

**CONSENT TO JOIN LAWSUIT**

I, the undersigned, provided pickup or delivery services for Defendant at a time from May 18, 2008 to the present. I hereby consent to join the above-captioned lawsuit, which is an action to recover overtime compensation allegedly not paid. By my signature below, I designate the above representative Plaintiffs and their attorneys as my agent to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, and decisions regarding settlement, attorney's fees and costs and all other matters pertaining to this lawsuit. By my signature below, I certify that there were weeks from May 18, 2008 to the present in which I spent over forty (40) hours providing pickup or delivery services through AEX.

**Please print or type the following information:**

ANA COLÓN
**Full Name** (Print clearly)

Ana Colón 08/15/11
**Signature** **Date**

254 E 31th st
**Address**

PATERSON NJ 07504
**City/State/Zip**

973 345-3463
**Telephone Number**

**Email Address**

**RETURN THIS FORM BY MAIL IN THE ENCLOSED ENVELOPE TO:**

Jay P. Holland
Brian J. Markovitz
Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770

Or Via Fax: (301) 220-1214

**Deadline: September 23, 2011**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CLINTON SPELLMAN, *et al.*

Plaintiffs,

v.

AMERICAN EAGLE EXPRESS, INC., d/b/a AEXGROUP,

Defendant.

CIVIL ACTION

NO. 10-cv-1764-JS

## CONSENT TO JOIN LAWSUIT

I, the undersigned, provided pickup or delivery services for Defendant at a time from May 18, 2008 to the present. I hereby consent to join the above-captioned lawsuit, which is an action to recover overtime compensation allegedly not paid. By my signature below, I designate the above representative Plaintiffs and their attorneys as my agent to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, and decisions regarding settlement, attorney's fees and costs and all other matters pertaining to this lawsuit. By my signature below, I certify that there were weeks from May 18, 2008 to the present in which I spent over forty (40) hours providing pickup or delivery services through AEX.

**Please print or type the following information:**

LUIS A. DUENAS HIDALGO
**Full Name** (Print clearly)

[signature]
**Signature**

8/16/11
**Date**

46 A PAULISON AV.
**Address**

RIDGEFIELD PK. NJ. 07660
**City/State/Zip**

201-679-4830
**Telephone Number**

LUARDU@HOTMAIL.COM
**Email Address**

**RETURN THIS FORM BY MAIL IN THE ENCLOSED ENVELOPE TO:**

Jay P. Holland
Brian J. Markovitz
Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770

Or Via Fax: (301) 220-1214

**Deadline: September 23, 2011**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CLINTON SPELLMAN, *et al.*

Plaintiffs,

v.

AMERICAN EAGLE EXPRESS, INC., d/b/a AEXGROUP,

Defendant.

CIVIL ACTION

NO. 10-cv-1764-JS

**CONSENT TO JOIN LAWSUIT**

I, the undersigned, provided pickup or delivery services for Defendant at a time from May 18, 2008 to the present. I hereby consent to join the above-captioned lawsuit, which is an action to recover overtime compensation allegedly not paid. By my signature below, I designate the above representative Plaintiffs and their attorneys as my agent to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, and decisions regarding settlement, attorney's fees and costs and all other matters pertaining to this lawsuit. By my signature below, I certify that there were weeks from May 18, 2008 to the present in which I spent over forty (40) hours providing pickup or delivery services through AEX.

**Please print or type the following information:**

TEMURBEK HIKMATULLAEV
**Full Name** (Print clearly)

[signature]
**Signature** **Date**

3714 Genesee Drive
**Address**

Philadelphia, PA 19154
**City/State/Zip**

2157794749
**Telephone Number**

temurbek@hotmail.com
**Email Address**

**RETURN THIS FORM BY MAIL IN THE ENCLOSED ENVELOPE TO:**

Jay P. Holland
Brian J. Markovitz
Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770

Or Via Fax: (301) 220-1214

**Deadline: September 23, 2011**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLINTON SPELLMAN, *et al.*<br>Plaintiffs,<br>v.<br>AMERICAN EAGLE EXPRESS, INC., d/b/a AEXGROUP,<br>Defendant. | CIVIL ACTION<br>NO. 10-cv-1764-JS |

**CONSENT TO JOIN LAWSUIT**

I, the undersigned, provided pickup or delivery services for Defendant at a time from May 18, 2008 to the present. I hereby consent to join the above-captioned lawsuit, which is an action to recover overtime compensation allegedly not paid. By my signature below, I designate the above representative Plaintiffs and their attorneys as my agent to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, and decisions regarding settlement, attorney's fees and costs and all other matters pertaining to this lawsuit. By my signature below, I certify that there were weeks from May 18, 2008 to the present in which I spent over forty (40) hours providing pickup or delivery services through AEX.

**Please print or type the following information:**

SHAKIRA HINES | [signature] | 8/7/11
**Full Name** (Print clearly) | **Signature** | **Date**

5242 N. 15TH STREET | PHILA PA 19141
**Address** | **City/State/Zip**

267 265 9347 | Kira26096@aol.com
**Telephone Number** | **Email Address**

**RETURN THIS FORM BY MAIL IN THE ENCLOSED ENVELOPE TO:**

Jay P. Holland
Brian J. Markovitz
Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770

Or Via Fax: (301) 220-1214

**Deadline: September 23, 2011**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLINTON SPELLMAN, *et al.* Plaintiffs, v. AMERICAN EAGLE EXPRESS, INC., d/b/a AEXGROUP, Defendant. | CIVIL ACTION NO. 10-cv-1764-JS |

**CONSENT TO JOIN LAWSUIT**

I, the undersigned, provided pickup or delivery services for Defendant at a time from May 18, 2008 to the present. I hereby consent to join the above-captioned lawsuit, which is an action to recover overtime compensation allegedly not paid. By my signature below, I designate the above representative Plaintiffs and their attorneys as my agent to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, and decisions regarding settlement, attorney's fees and costs and all other matters pertaining to this lawsuit. By my signature below, I certify that there were weeks from May 18, 2008 to the present in which I spent over forty (40) hours providing pickup or delivery services through AEX.

**Please print or type the following information:**

LEONARD MATSVAYI
**Full Name** (Print clearly)

[signature]
**Signature**

8/01/11
**Date**

2195 Coventry Rd
**Address**

Lancaster PA 17601
**City/State/Zip**

(215) 436-2497
**Telephone Number**

lmatsvayi@yahoo.com
**Email Address**

**RETURN THIS FORM BY MAIL IN THE ENCLOSED ENVELOPE TO:**

Jay P. Holland
Brian J. Markovitz
Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770

Or Via Fax: (301) 220-1214

**Deadline: September 23, 2011**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CLINTON SPELLMAN, *et al.*

Plaintiffs,

v.

AMERICAN EAGLE EXPRESS, INC., d/b/a AEXGROUP,

Defendant.

CIVIL ACTION

NO. 10-cv-1764-JS

**CONSENT TO JOIN LAWSUIT**

I, the undersigned, provided pickup or delivery services for Defendant at a time from May 18, 2008 to the present. I hereby consent to join the above-captioned lawsuit, which is an action to recover overtime compensation allegedly not paid. By my signature below, I designate the above representative Plaintiffs and their attorneys as my agent to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, and decisions regarding settlement, attorney's fees and costs and all other matters pertaining to this lawsuit. By my signature below, I certify that there were weeks from May 18, 2008 to the present in which I spent over forty (40) hours providing pickup or delivery services through AEX.

**Please print or type the following information:**

Stuart O. Morgan
**Full Name** (Print clearly)

x [signature]
**Signature** **Date**

10 Andover Court
**Address**

New Castle DE 19720
**City/State/Zip**

302-312-5571
**Telephone Number**

mrvoicedynamic@aol.com
**Email Address**

**RETURN THIS FORM BY MAIL IN THE ENCLOSED ENVELOPE TO:**

Jay P. Holland
Brian J. Markovitz
Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770

Or Via Fax: (301) 220-1214

**Deadline: September 23, 2011**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CLINTON SPELLMAN, *et al.*

Plaintiffs,

v.

AMERICAN EAGLE EXPRESS, INC., d/b/a AEXGROUP,

Defendant.

CIVIL ACTION

NO. 10-cv-1764-JS

**CONSENT TO JOIN LAWSUIT**

I, the undersigned, provided pickup or delivery services for Defendant at a time from May 18, 2008 to the present. I hereby consent to join the above-captioned lawsuit, which is an action to recover overtime compensation allegedly not paid. By my signature below, I designate the above representative Plaintiffs and their attorneys as my agent to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, and decisions regarding settlement, attorney's fees and costs and all other matters pertaining to this lawsuit. By my signature below, I certify that there were weeks from May 18, 2008 to the present in which I spent over forty (40) hours providing pickup or delivery services through AEX.

**Please print or type the following information:**

Shoaib Nawaz
**Full Name** (Print clearly)

[signature]
**Signature**

Aug 1/2011
**Date**

13305 FALLS RD
**Address**

COCKEYSVILLE MD 21030
**City/State/Zip**

443 722 8965
**Telephone Number**

awan565@Yahoo.com
**Email Address**

**RETURN THIS FORM BY MAIL IN THE ENCLOSED ENVELOPE TO:**

Jay P. Holland
Brian J. Markovitz
Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770

Or Via Fax: (301) 220-1214

**Deadline: September 23, 2011**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CLINTON SPELLMAN, *et al.*

Plaintiffs,

v.

AMERICAN EAGLE EXPRESS, INC., d/b/a AEXGROUP,

Defendant.

CIVIL ACTION

NO. 10-cv-1764-JS

## CONSENT TO JOIN LAWSUIT

I, the undersigned, provided pickup or delivery services for Defendant at a time from May 18, 2008 to the present. I hereby consent to join the above-captioned lawsuit, which is an action to recover overtime compensation allegedly not paid. By my signature below, I designate the above representative Plaintiffs and their attorneys as my agent to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, and decisions regarding settlement, attorney's fees and costs and all other matters pertaining to this lawsuit. By my signature below, I certify that there were weeks from May 18, 2008 to the present in which I spent over forty (40) hours providing pickup or delivery services through AEX.

**Please print or type the following information:**

Ronnell Nichols
**Full Name** (Print clearly)

[signature]
**Signature**

8-24-11
**Date**

5036 Mt Zion Rd
**Address**

Hurlock MD 21643
**City/State/Zip**

443 225-8070
**Telephone Number**

NAS en i 3 Ak @ .com
**Email Address**

**RETURN THIS FORM BY MAIL IN THE ENCLOSED ENVELOPE TO:**

Jay P. Holland
Brian J. Markovitz
Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770

Or Via Fax: (301) 220-1214

**Deadline: September 23, 2011**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CLINTON SPELLMAN, *et al.*

Plaintiffs,

v.

AMERICAN EAGLE EXPRESS, INC., d/b/a AEXGROUP,

Defendant.

CIVIL ACTION

NO. 10-cv-1764-JS

**CONSENT TO JOIN LAWSUIT**

I, the undersigned, provided pickup or delivery services for Defendant at a time from May 18, 2008 to the present. I hereby consent to join the above-captioned lawsuit, which is an action to recover overtime compensation allegedly not paid. By my signature below, I designate the above representative Plaintiffs and their attorneys as my agent to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, and decisions regarding settlement, attorney's fees and costs and all other matters pertaining to this lawsuit. By my signature below, I certify that there were weeks from May 18, 2008 to the present in which I spent over forty (40) hours providing pickup or delivery services through AEX.

**Please print or type the following information:**

Paul A. Posada
**Full Name** (Print clearly)

[signature]
**Signature**

**Date**

8 Orchard st.
**Address**

Clifton NJ 07013
**City/State/Zip**

973 955 2454
**Telephone Number**

paul.posada@yahoo.com
**Email Address**

**RETURN THIS FORM BY MAIL IN THE ENCLOSED ENVELOPE TO:**

Jay P. Holland
Brian J. Markovitz
Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770

Or Via Fax: (301) 220-1214

**Deadline: September 23, 2011**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLINTON SPELLMAN, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN EAGLE EXPRESS, INC., d/b/a AEXGROUP,<br><br>Defendant. | CIVIL ACTION<br><br>NO. 10-cv-1764-JS |

**CONSENT TO JOIN LAWSUIT**

I, the undersigned, provided pickup or delivery services for Defendant at a time from May 18, 2008 to the present. I hereby consent to join the above-captioned lawsuit, which is an action to recover overtime compensation allegedly not paid. By my signature below, I designate the above representative Plaintiffs and their attorneys as my agent to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, and decisions regarding settlement, attorney's fees and costs and all other matters pertaining to this lawsuit. By my signature below, I certify that there were weeks from May 18, 2008 to the present in which I spent over forty (40) hours providing pickup or delivery services through AEX.

**Please print or type the following information:**

| | | |
|---|---|---|
| DAVID - C QUITRMTNE | [signature] | 07/30/11 |
| **Full Name** (Print clearly) | **Signature** | **Date** |
| 9984 FERNDALE ST, E-6 | PHILADELPHIA, PA 19115 | |
| **Address** | **City/State/Zip** | |
| 215-681-8870 | joegrosevun@yahoo.com | |
| **Telephone Number** | **Email Address** | |

**RETURN THIS FORM BY MAIL IN THE ENCLOSED ENVELOPE TO:**

Jay P. Holland
Brian J. Markovitz
Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770

Or Via Fax: (301) 220-1214

**Deadline: September 23, 2011**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLINTON SPELLMAN, *et al.* | |
| Plaintiffs, | CIVIL ACTION |
| v. | NO. 10-cv-1764-JS |
| AMERICAN EAGLE EXPRESS, INC., d/b/a AEXGROUP, | |
| Defendant. | |

**CONSENT TO JOIN LAWSUIT**

I, the undersigned, provided pickup or delivery services for Defendant at a time from May 18, 2008 to the present. I hereby consent to join the above-captioned lawsuit, which is an action to recover overtime compensation allegedly not paid. By my signature below, I designate the above representative Plaintiffs and their attorneys as my agent to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, and decisions regarding settlement, attorney's fees and costs and all other matters pertaining to this lawsuit. By my signature below, I certify that there were weeks from May 18, 2008 to the present in which I spent over forty (40) hours providing pickup or delivery services through AEX.

**Please print or type the following information:**

Sinia Rivera
**Full Name** (Print clearly)

[signature]
**Signature** **Date**

4305 H. St
**Address**

Phila, PA 19124
**City/State/Zip**

(215) 740-3633
**Telephone Number**

**Email Address**

**RETURN THIS FORM BY MAIL IN THE ENCLOSED ENVELOPE TO:**

Jay P. Holland
Brian J. Markovitz
Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770

Or Via Fax: (301) 220-1214

**Deadline: September 23, 2011**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CLINTON SPELLMAN, *et al.*

Plaintiffs,

v.

AMERICAN EAGLE EXPRESS, INC., d/b/a AEXGROUP,

Defendant.

CIVIL ACTION

NO. 10-cv-1764-JS

**CONSENT TO JOIN LAWSUIT**

I, the undersigned, provided pickup or delivery services for Defendant at a time from May 18, 2008 to the present. I hereby consent to join the above-captioned lawsuit, which is an action to recover overtime compensation allegedly not paid. By my signature below, I designate the above representative Plaintiffs and their attorneys as my agent to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, and decisions regarding settlement, attorney's fees and costs and all other matters pertaining to this lawsuit. By my signature below, I certify that there were weeks from May 18, 2008 to the present in which I spent over forty (40) hours providing pickup or delivery services through AEX.

**Please print or type the following information:**

Craig Robinson
**Full Name** (Print clearly)

Craig L. Robinson 8/5/11
**Signature** **Date**

4340 Johnson Court
**Address**

Pennsauken, NJ 08110
**City/State/Zip**

856-383-3756
**Telephone Number**

**Email Address**

**RETURN THIS FORM BY MAIL IN THE ENCLOSED ENVELOPE TO:**

Jay P. Holland
Brian J. Markovitz
Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770

Or Via Fax: (301) 220-1214

**Deadline: September 23, 2011**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CLINTON SPELLMAN, *et al.*

Plaintiffs,

v.

AMERICAN EAGLE EXPRESS, INC., d/b/a AEXGROUP,

Defendant.

CIVIL ACTION

NO. 10-cv-1764-JS

**CONSENT TO JOIN LAWSUIT**

I, the undersigned, provided pickup or delivery services for Defendant at a time from May 18, 2008 to the present. I hereby consent to join the above-captioned lawsuit, which is an action to recover overtime compensation allegedly not paid. By my signature below, I designate the above representative Plaintiffs and their attorneys as my agent to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, and decisions regarding settlement, attorney's fees and costs and all other matters pertaining to this lawsuit. By my signature below, I certify that there were weeks from May 18, 2008 to the present in which I spent over forty (40) hours providing pickup or delivery services through AEX.

**Please print or type the following information:**

Christina S. Seltzer
**Full Name** (Print clearly)

[signature]
**Signature** **Date**

P.O. Box 124
**Address**

Schuylkill Haven, Pa. 17972
**City/State/Zip**

610-858-5934
**Telephone Number**

ChristinasVintageLinens@gmail.com
**Email Address**

**RETURN THIS FORM BY MAIL IN THE ENCLOSED ENVELOPE TO:**

Jay P. Holland
Brian J. Markovitz
Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770

Or Via Fax: (301) 220-1214

**Deadline: September 23, 2011**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CLINTON SPELLMAN, *et al.*

Plaintiffs,

v.

AMERICAN EAGLE EXPRESS, INC., d/b/a AEXGROUP,

Defendant.

CIVIL ACTION

NO. 10-cv-1764-JS

**CONSENT TO JOIN LAWSUIT**

I, the undersigned, provided pickup or delivery services for Defendant at a time from May 18, 2008 to the present. I hereby consent to join the above-captioned lawsuit, which is an action to recover overtime compensation allegedly not paid. By my signature below, I designate the above representative Plaintiffs and their attorneys as my agent to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, and decisions regarding settlement, attorney's fees and costs and all other matters pertaining to this lawsuit. By my signature below, I certify that there were weeks from May 18, 2008 to the present in which I spent over forty (40) hours providing pickup or delivery services through AEX.

**Please print or type the following information:**

MOHAMMED SHREIM | [signature] | 8.15.2011

**Full Name** (Print clearly) | **Signature** | **Date**

96 ALTAIR DR | Turnersville NJ 08012

**Address** | **City/State/Zip**

609-284-1917 | Shreimmoni@AOL.Com

**Telephone Number** | **Email Address**

**RETURN THIS FORM BY MAIL IN THE ENCLOSED ENVELOPE TO:**

Jay P. Holland
Brian J. Markovitz
Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770

Or Via Fax: (301) 220-1214

**Deadline: September 23, 2011**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CLINTON SPELLMAN, *et al.*

Plaintiffs,

v.

AMERICAN EAGLE EXPRESS, INC., d/b/a AEXGROUP,

Defendant.

CIVIL ACTION

NO. 10-cv-1764-JS

**CONSENT TO JOIN LAWSUIT**

I, the undersigned, provided pickup or delivery services for Defendant at a time from May 18, 2008 to the present. I hereby consent to join the above-captioned lawsuit, which is an action to recover overtime compensation allegedly not paid. By my signature below, I designate the above representative Plaintiffs and their attorneys as my agent to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, and decisions regarding settlement, attorney's fees and costs and all other matters pertaining to this lawsuit. By my signature below, I certify that there were weeks from May 18, 2008 to the present in which I spent over forty (40) hours providing pickup or delivery services through AEX.

**Please print or type the following information:**

Antonio Vincent West
**Full Name** (Print clearly)

[signature]
**Signature** **Date**

531 Poplar st
**Address**

Sharon Hill, Pa. 19079
**City/State/Zip**

**Telephone Number**

**Email Address**

**RETURN THIS FORM BY MAIL IN THE ENCLOSED ENVELOPE TO:**

Jay P. Holland
Brian J. Markovitz
Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770

Or Via Fax: (301) 220-1214

**Deadline: September 23, 2011**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CLINTON SPELLMAN, *et al.*

Plaintiffs,

v.

AMERICAN EAGLE EXPRESS, INC., d/b/a AEXGROUP,

Defendant.

CIVIL ACTION

NO. 10-cv-1764-JS

## CONSENT TO JOIN LAWSUIT

I, the undersigned, provided pickup or delivery services for Defendant at a time from May 18, 2008 to the present. I hereby consent to join the above-captioned lawsuit, which is an action to recover overtime compensation allegedly not paid. By my signature below, I designate the above representative Plaintiffs and their attorneys as my agent to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, and decisions regarding settlement, attorney's fees and costs and all other matters pertaining to this lawsuit. By my signature below, I certify that there were weeks from May 18, 2008 to the present in which I spent over forty (40) hours providing pickup or delivery services through AEX.

**Please print or type the following information:**

Monty P. Zaks
**Full Name** (Print clearly)

[signature]
**Signature**

8/1/11
**Date**

907 Marie Hill Drive
**Address**

Woodbridge, NJ 07095
**City/State/Zip**

908-217-6227
**Telephone Number**

MPZ42@AOL.Com.
**Email Address**

**RETURN THIS FORM BY MAIL IN THE ENCLOSED ENVELOPE TO:**

Jay P. Holland
Brian J. Markovitz
Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770

Or Via Fax: (301) 220-1214

**Deadline: September 23, 2011**