IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CLINTON SPELLMAN, et al.** | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | No.: 2:10-cv-01764-JS |
| | : | |
| **AMERICAN EAGLE EXPRESS, Inc.,** | : | |
| Defendant. | : | |

## ORDER

AND NOW, this  15th  day of May, 2012, upon consideration of Defendant's Motion for Sanctions (Doc. No. 128), and Plaintiffs' opposition thereto (Doc. No. 153), it is hereby **ORDERED** that the motion is **DENIED** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

 /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE