IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLINTON SPELLMAN, et al., | : | CIVIL ACTION |
| *On Behalf of Themselves and All Others* | : | |
| *Similarly Situated* | : | No. 10-1764 |
| | : | |
| v. | : | |
| | : | |
| AMERICAN EAGLE EXPRESS, INC., | : | |
| *Doing Business as AEXGROUP* | : | |

**FILED**

MAR 1 4 2013

MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

## ORDER

AND NOW, this 14th day of March, 2013, it is ORDERED Defendant American Eagle Express, Inc.'s (AEX) Motion to Decertify Collective Action (Document 146) is GRANTED. The conditionally certified collective class is DECERTIFIED, and all individuals who have consented to join this lawsuit pursuant to 29 U.S.C. § 216(b) are DISMISSED without prejudice.

It is further ORDERED AEX's Motion for Leave to File Supplemental Brief in Support of Motion to Decertify Collective Action (Document 163) is DENIED as moot.

BY THE COURT:

Juan R. Sánchez, J.